IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| STEVEN L. STEWARD & ASSOCIATES, P.A., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:20-CV-01083 |
| v. | § § § | |
| TRUIST FINANCIAL CORPORATION and TRUIST BANK, | § § § § | |
| Defendants. | | |

**DEFENDANTS' UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE
OF ATTORNEY KATHRYN M. BARBER AND DESIGNATION
AND CONSENT TO ACT PURSUANT TO LOCAL RULE 2.02**

Defendants Truist Financial Corporation and Truist Bank ("Defendants"), pursuant to Local Rule 2.02(a), by and through undersigned counsel, hereby moves for the *pro hac vice* admission of attorney Kathryn M. Barber, McGuireWoods LLP, Gateway Plaza, 800 East Canal Street, Richmond, Virginia 23219; (804) 775-1000, for purposes of appearance as co-counsel on behalf of Defendants in this case and files this written designation and consent to act, and in support thereof states as follows

1.  Ms. Barber is a member in good standing of the State Bar of Virginia, and is admitted in the U.S. Court of Appeals for the 9th Circuit and U.S. District Court for the Eastern District of Virginia.

2.  Ms. Barber is not a Florida resident. Ms. Barber is not an inactive or suspended member of the Florida Bar, nor has she been disbarred or received a disciplinary resignation from the Florida Bar. Ms. Barber has not been previously disciplined or held in contempt by

reason of misconduct while engaged in legal representation pursuant to Rule 2.061 of the Florida Bar.

3. Ms. Barber is familiar with the Local Rules of this Court, including Rule 2.04.

4. Ms. Barber's Special Admission Attorney Certification form is attached hereto, and her payment of $150.00 is made concurrently herewith.

5. Ms. Barber certifies that, during the preceding 365 days, she has sought to appear *pro hac vice* in the following action pending in the Northern District of Florida: *Sport and Wheat CPA PA, et al. v. Servisfirst Bank Inc.*, et al.; Case No. 3:30-cv-5425-TKW-HTC; pro hac vice admission granted on June 18, 2020.

**DESIGNATION OF LOCAL COUNSEL AND CONSENT TO ACT**

6. Emily Y. Rottmann of the law firm McGuireWoods LLP, 50 N. Laura Street, Suite 3300, Jacksonville, Florida 32202, (904) 798-3200, is a member in good standing of The Florida Bar and the United States District Court for the Middle, Northern and Southern Districts of Florida; the U.S. Court of Appeals for the 11th Circuit and the U.S. Bankruptcy Court for the Middle, Northern and Southern Districts of Florida. Ms. Rottmann is a Florida resident and has been retained as local counsel by Defendants to defend this action.

7. All notices and papers may be served upon Emily Y. Rottmann of McGuireWoods LLP, who will be responsible for the progress of the case, including the trial in the event of default of Ms. Barber.

8. Ms. Barber, by and through the undersigned counsel and pursuant to Section II.B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kathryn M. Barber at email address: kbarber@mcguirewoods.com.

9. **Local Counsel 3.01(g) Certification**. Counsel for Defendants certifies that she has conferred with counsel for Plaintiff and that counsel for Plaintiff does not oppose the relief requested in this Motion.

WHEREFORE, Defendants respectfully request that this Court enter an Order permitting Kathryn M. Barber to appear as co-counsel on behalf of Defendants for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filing to Ms. Barber.

Dated:  July 9, 2020

McGuireWoods LLP

/s/ Emily Y. Rottmann
Emily Y. Rottmann
Florida Bar No. 0093154
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207
erottmann@mcguirewoods.com

Kathryn M. Barber *(pro hac admission pending)*
Gateway Plaza, 800 East Canal Street
Richmond, Virginia 23219
Telephone:  (804) 775-1000
Facsimile: (804) 698-2227
kbarber@mcguirewoods.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jacob Phillips (FL Bar No. 120130)
Edmund A. Normand (FL Bar No. 865590)
NORMAND PLLC
3165 McCrory Place, Ste. 175
Orlando, Florida 32803
(407) 603-6031 (Tel.)
(888) 974-2175 (Fax)
jacob.phillips@normandpllc.com
ed@normandpllc.com

*Counsel for Plaintiffs*

                                                */s/ Emily Y. Rottmann*
                                                Emily Y. Rottmann